Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 20-210 (CKK) |
| ) | |
| ELLIOTT BROIDY ) | **FILED** |
| ) | OCT 2 0 2020 |
| ) | Clerk, U.S. District and Bankruptcy Courts |

## WAIVER OF INDICTMENT

I, _____ELLIOTT BROIDY_____, the above-named defendant, who is accused of

18:371; CONSPIRACY;
Conspiracy to Serve as an Unregistered Agent of a Foreign Principal

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____October 20, 2020_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____    Date: October 20, 2020
Colleen Kollar-Kotelly
United States District Judge