CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 20 - 210 (CKK) |
| ) | |
| ELLIOTT BROIDY ) | |
| ) | |
| ) | |

**FILED**

OCT 2 0 2020

Clerk, U.S. District and Bankruptcy Courts

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____         Date: October 20, 2020
Colleen Kollar-Kotelly
United States District Judge