UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.:   1:20-cr-00210-CKK |
| ) | |
| ELLIOTT BROIDY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF EXECUTIVE GRANT OF CLEMENCY AND
CONSENT MOTION TO DISMISS AS MOOT**

On January 19, 2021, the President of the United States issued an executive grant of clemency to Elliott Broidy. Specifically, the President granted Mr. Broidy a full and unconditional pardon for the offenses charged in the Information filed in this case. The President's pardon, which Mr. Broidy accepts, moots this case. Mr. Broidy therefore moves for dismissal of this case. A proposed order is attached.

Counsel for Mr. Broidy has conferred with counsel for the government. Government's counsel has consented to this filing and its requested relief.

Dated:  April 13, 2021

Respectfully Submitted,

_____
George J. Terwilliger III
(D.C. Bar No. 956532)
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006-4103
Phone:  (202) 857-2473
Email:  gterwilliger@mcguirewoods.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.:   1:20-cr-00210-CKK |
| ) | |
| ELLIOTT BROIDY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**[PROPOSED] ORDER**

Upon consideration of the Notice of Executive Grant of Clemency and Consent Motion to Dismiss as Moot, it is hereby **ORDERED** that the motion to dismiss is GRANTED.


DATED: _____                                  _____
                                                Colleen Kollar-Kotelly
                                                United States District Judge