# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) No. 1:20-cr-00210-CKK |
| ELLIOTT BROIDY, | ) |
| | ) |
| Defendant. | ) |

## CONSENT MOTION FOR APPROVAL OF INTERNATIONAL TRAVEL

Pursuant to the Court's Order Setting Conditions of Release, dated October 20, 2020 (Dkt. No. 11), Mr. Broidy requests approval of the Court for work-related international travel from on or about June 18, 2021 through on or about July 15, 2021. The Government consents to this request.

Respectfully Submitted,

Dated: June 14, 2021

*/s/ Jeffrey H. Knox*
Jeffrey H. Knox (D.C. Bar No. 1023560)
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, DC 20001
Phone: (202) 636-5532
Email: Jeffrey.Knox@stblaw.com

*Attorney for Elliott Broidy*