# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ELLIOTT BROIDY,<br><br>Defendant. | No. 1:20-cr-00210-CKK |

## [PROPOSED] ORDER

It is hereby **ORDERED** that Elliott Broidy's Consent Motion For Approval Of International Travel, dated June 14, 2021, is **GRANTED**.

Dated: _____

                                                                                       Hon. Colleen Kollar-Kotelly
                                                                                       United States District Judge