UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 1:20-cr-00210-CKK |
| ) | |
| ELLIOTT BROIDY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Notice of Executive Grant of Clemency and Consent Motion to Dismiss as Moot, it is hereby **ORDERED** that the motion to dismiss is GRANTED.

DATED: June 15, 2021

Colleen Kollar-Kotelly
United States District Judge